IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL TATE, SR., | 1:02-CV-5707 AWI SMS P |
| Plaintiff, | |
| vs. | ORDER DISREGARDING MOTION (DOCUMENT #63) |
| J. W. HUSKEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On September 22, 2005, plaintiff filed a motion to appoint counsel. Insomuch as plaintiff's case was dismissed by this court on September 8, 2005, and plaintiff filed an appeal to the Court of Appeals for the Ninth Circuit on September 22, 2005, this motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   October 12, 2005**            /s/ Sandra M. Snyder
b6edp0                                  UNITED STATES MAGISTRATE JUDGE